No. 1052. Logan v. Empresa Lineas Maritimas Argentinas et al. C. A. 1st Cir. Certiorari denied. *Lawrence F. O'Donnell* for petitioner. *Seymour P. Edgerton* for Empresa Lineas Maritimas Argentinas and *Thomas D. Burns* for Jarka Corp. of New England, respondents.

No. 1070. Jervis Corp. v. Nelmor Corp. C. A. 6th Cir. Certiorari denied. *Clarence B. Zewadski* for petitioner. *Max R. Kraus* for respondent.

No. 1084. Mozingo v. York County Natural Gas Authority. C. A. 4th Cir. Certiorari denied. *Henry Hammer* and *James P. Mozingo III, pro se,* for petitioner. *C. W. F. Spencer, Jr.,* and *Huger Sinkler* for respondent.

No. 479, Misc. Davenport v. Kentucky. Ct. App. Ky. Certiorari denied. Petitioner *pro se. Robert Matthews,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent.

No. 543, Misc. Farrell v. Burke, Warden. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz* and *Warren H. Resh,* Assistant Attorneys General, for respondent.

No. 793, Misc. Logan v. New York. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Isidore Dollinger* and *Walter E. Dillon* for respondent.

No. 975, Misc. Wallis v. Pennsylvania. Ct. of Quarter Sessions of Northampton County, Pa. Certiorari denied.